# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ A. MEJIA, | ) NO. CV 10-2490 PA (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| M. MARTEL, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 10, 2011.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE